JAMES L. ENGLISH and another, Executors, etc., of PATRICK RILEY, Deceased, Respondents, v. FRANKLIN STEELE, Appellant.

*Evidence — documentary — how proved.*

A party plaintiff examined on the trial was not questioned in regard to certain letters written by him which conflicted with his statements made on such examination. The plaintiff died during the course of the trial, and defendant's counsel, after his death, offered the letters in evidence. They were excluded on the

ground that the plaintiff should have been questioned in regard to them and allowed to explain them on his examination. *Held*, that this was error; that "the omission to present the letter to the testator when he was examined as a witness did not prevent it from being afterward proved and read in evidence on the trial of the action." "No principle of evidence requires a party to prove and authenticate his documentary evidence by any particular person unless he be a subscribing witness to it."

APPEAL from a judgment in favor of the plaintiffs, entered on the report of a referee.

*Titus B. Eldridge*, for the appellant.

*Sherwood & Howland*, for the respondents.

Opinion by DANIELS, J.

Present — DAVIS, P. J., BRADY and DANIELS, JJ.

Judgment reversed and a new trial ordered, with costs to abide the event.